IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| IN RE:    AARON J. HAMMONS<br>Debtor | CHAPTER 13<br>CASE NO. 22-04586-JMC-13<br><br>**FINAL APPLICATION**<br>**FOR COMPENSATION** |

COMES NOW the former counsel to the Debtor in this matter, and hereby moves the Court pursuant to 11 U.S.C. 330, Fed. R. Bankr. P. Rule 2016 and S.D. Ind. B-2016-1(c)(4) for an order compensating counsel for legal services provided to the Debtor in this matter and would show the Court to wit:

1. The Debtor engaged legal counsel for providing legal services in his bankruptcy case.

2. Counsel elected by written agreement with the Debtor to receive the flat fee of $4,500.00 pursuant to Rule B-2016-1(c)(2) and this Court's *General Order* 22-0006 entered July 25, 2022.

3. Prior to filing the Voluntary Petition in this matter, counsel was paid $3,000.00.

4. After filing, counsel has not received any payments from either the Debtor or the Trustee.

5. Attached herewith is a true and complete copy of a billing statement delineating services rendered and payments received to date (Exhibit A), showing an outstanding balance due of **$1,629.30**, consisting of $1,614.74 in fees and $14.56 in costs incurred.

6. In accordance with local rule, counsel seeks the additional amount of **$1,629.30** as compensation for his work on behalf of the Debtor in this matter.

7. To the extent that the trustee has funds on hand to pay the award requested, Debtor's counsel would ask the court to enter an order directing the trustee to make payment to Debtor's counsel.

**WHEREFORE**, Debtor prays that the Court grant this Application and enter an Order allowing **$1,629.30** in additional attorney fees and costs to be paid to LEWIS LEGAL SERVICES, P.C., and for all other relief found just and proper in the premises.

| | |
|---|---|
| Date:  July 27, 2023 | Respectfully Submitted, |
| | LEWIS LEGAL SERVICES, P.C. |
| | /s/ Eric C. Lewis |
| | Eric C. Lewis, Esq. #28282-49 |
| | 1060 E. 86th Street P.O. Box 40603 |
| | Indianapolis, IN 46240 |
| | Phone: (317) 623-3030 x3 |
| | E-Mail:  lewislegal@live.com |

## CERTIFICATE OF SERVICE

The undersigned attorney does hereby certify that on **July 27, 2023**, a copy of the foregoing <u>Application for Compensation</u> was filed electronically and notice thereof will be sent to the following parties through the Electronic Case Filing System:

Nancy J. Gargula, U.S. Trustee
John M. Hauber, Chapter 13 Trustee
Michael J. Kulak for Elements Financial FCU


Further, on **July 27, 2023**, a copy of the foregoing <u>Application for Compensation</u> was serviced to the following parties:
☒ by first-class U.S. mail, postage prepaid, deposited in the mail and properly addressed to:

**Aaron J. Hammons**
9030 Fall Creek Rd.
Indianapolis, IN 46256

/s/ Eric C. Lewis
Eric C. Lewis, Esq. #28282-49
1060 E. 86th Street
P.O. Box 40603
Indianapolis, IN 46240
Phone: (317) 623-3030 x3
Fax : (317) 623-3062
E-Mail:  lewislegal@live.com
